IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bradshaw, Lulu May | Case Number: 04 B 37244 |
| | Judge: Squires, John H |
| Printed: 6/21/05 | Filed: 10/7/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: May 11, 2005
Confirmed: November 24, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,858.83 | |
| Secured: | | 3,333.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,210.00 |
| Trustee Fee: | | 315.83 |
| Other Funds: | | 0.00 |
| Totals: | 4,858.83 | 4,858.83 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Neal Feld | Administrative | 1,210.00 | 1,210.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 43,030.00 | 3,198.80 |
| 4. | Cook County Treasurer | Secured | 1,864.49 | 134.20 |
| 5. | ECast Settlement Corp | Unsecured | 184.52 | 0.00 |
| 6. | US Bank | Unsecured | | No Claim Filed |
| 7. | AT&T Universal Card | Unsecured | | No Claim Filed |
| 8. | Capital One | Unsecured | | No Claim Filed |
| | | | $ 46,289.01 | $ 4,543.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 315.83 |
| | $ 315.83 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)